**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern _____ District of _____ Illinois _____
                        (State)

Case number (*If known*): _____ Chapter _7_

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Birdie Pak Products, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   None

3. **Debtor's federal Employer Identification Number (EIN)**

   3  6  –  1  2  4  2  8  1  4

4. **Debtor's address**

   **Principal place of business**

   3925 W. 31st Street
   Number     Street

   Chicago          IL     60623
   City        State     ZIP Code

   Cook
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City        State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City        State     ZIP Code

5. **Debtor's website (URL)**

   birdiepak.com

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | Birdie Pak Products, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                 MM / DD / YYYY

        District _____  When _____  Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                    MM / DD / YYYY

        Case number, if known _____

| Debtor | Birdie Pak Products, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____

| Number | Street |
|---|---|
| | |

| City | State | ZIP Code |
|---|---|---|

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Birdie Pak Products, Inc. | Case number (if known) |
|--------|---------------------------|------------------------|
|        | Name                      |                        |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [x] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/31/2015
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Kevin Krueger
Printed name

Title  Secretary-Treasurer

**18. Signature of attorney**

X /s/ Kurt M. Carlson
Signature of attorney for debtor

Date  12/31/2015
MM / DD / YYYY

Kurt M. Carlson
Printed name

Carlson Dash LLC
Firm name

216 S. Jefferson Street, Suite 504
Number        Street

Chicago                     IL        60661
City                        State     ZIP Code

312-382-1600                kcarlson@carlsondash.com
Contact phone               Email address

6236568                     IL
Bar number                  State

**Fill in this information to identify the case:**

Debtor name  Birdie Pak Products, Inc.

United States Bankruptcy Court for the:  Northern            District of  Illinois
                                                                      (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................ $  0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................... $ 36,286.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................... $ 36,286.00

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................ $  0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ 120,839.75

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................... + $ 249,251.27

4. **Total liabilities**...................................................................................................
   Lines 2 + 3a + 3b                                                                                  $ 370,091.02

---

**Fill in this information to identify the case:**

Debtor name   Birdie Pak Products, Inc.

United States Bankruptcy Court for the: Northern _____ District of Illinois
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand**                                                        $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. First Midwest Bank | Checking | 0 3 2 8 ☐ | $ 1,800.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $ 0.00

   4.2. _____   $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $ 1,800.00

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $ _____

   7.2. _____   $ _____

Debtor    Birdie Pak Products, Inc. _____    Case number (if known)_____
              Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $  0.00 |

---

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                      Current value of debtor's interest

11. **Accounts receivable**

    11a. 90 days old or less:    13,597.00 _____ – 3,611.00 _____ = ......→    $ 9,986.00
                                 face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ......→    $_____
                             face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 9,986.00 |

---

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                          Valuation method          Current value of debtor's
                                          used for current value    interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $  0.00 |

---

| Debtor | Birdie Pak Products, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> 4,000 | 11/25/2015 <br> MM / DD / YYYY | $_____ | _____ | $ 4,000.00 |
| 20. **Work in progress** <br> 0 | MM / DD / YYYY | $_____ | _____ | $ 0.00 |
| 21. **Finished goods, including goods held for resale** <br> 2,500 | 11/25/2015 <br> MM / DD / YYYY | $_____ | _____ | $ 2,500.00 |
| 22. **Other inventory or supplies** <br> 1,500 | 11/25/2015 <br> MM / DD / YYYY | $_____ | _____ | $ 1,500.00 |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $ 8,000.00

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor    Birdie Pak Products, Inc.
_____    Case number (if known)_____
Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> miscellaneous office furniture | $ 500.00 | | $ 500.00 |
| 40. **Office fixtures** <br> miscellaneous office fixtures | $ 500.00 | | $ 500.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> miscellaneous office equipment | $ 500.00 | | $ 500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

$ 1,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    Birdie Pak Products, Inc.
_____    Case number (if known)_____
      Name

---

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.
☑  Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| meat processing equipment | $_____ | _____ | $ 15,000.00 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 15,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑  No
☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑  No
☐  Yes

---

Debtor    Birdie Pak Products, Inc.
_____    Case number (if known)_____
          Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trademark - Birdie Pak Logo | $ 0.00 | _____ | $ 0.00 |
| 61. **Internet domain names and websites**<br>www.birdiepak.com | $ 0.00 | _____ | $ 0.00 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

---

Debtor    Birdie Pak Products, Inc.    Case number (if known)_____
_____
        Name

67.  **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:    All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

71.  **Notes receivable**
     Description (include name of obligor)

_____    _____  –  _____  = ➔   $_____
                             Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73.  **Interests in insurance policies or annuities**

_____                          $_____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim        _____
Amount requested       $_____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim        _____
Amount requested       $_____

76.  **Trusts, equitable or future interests in property**

_____                          $_____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          $_____
_____                          $_____

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.       $ 0.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    Birdie Pak Products, Inc.                                    Case number (if known)_____
           Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,800.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 9,986.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 8,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . . . . . . . . . . . 91a. | $ 36,286.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $ 36,286.00

**Fill in this information to identify the case:**

Debtor name ___Birdie Pak Products, Inc.___

United States Bankruptcy Court for the: ___Northern___ District of ___Illinois___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |

Creditor's mailing address

_____

_____

_____

**Describe the lien**

_____

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |

Creditor's mailing address

_____

_____

_____

**Describe the lien**

_____

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Birdie Pak Products, Inc. |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Internal Revenue Service | **As of the petition filing date, the claim is:** $ 110,313.26 | $ 110,313.26 |
| | 230 S. Dearborn Street -- RM 2650 M/S 5115 CHI | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Chicago, IL 60604 | | |
| | **Date or dates debt was incurred**<br>2013, 2014, 2015 | **Basis for the claim:**<br>941 Federal Withholding Taxes | |
| | **Last 4 digits of account number** 2 8 1 4 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( )** | | |

| | | | |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address**<br>Illinois Department of Revenue | **As of the petition filing date, the claim is:** $ 9,387.07 | $ 9,387.07 |
| | P.O. Box 19052 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Springfield, IL 62794-9052 | | |
| | **Date or dates debt was incurred**<br>2014, 2015 | **Basis for the claim:**<br>941 Illinois Withholding Taxes | |
| | **Last 4 digits of account number** 2 8 1 4 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( )** | | |

| | | | |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address**<br>Illinois Department of Employment Security | **As of the petition filing date, the claim is:** $ 1,139.42 | $ 1,139.42 |
| | P.O. Box 19300 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Springfield, IL 62794-9300 | | |
| | **Date or dates debt was incurred**<br>2014, 2015 | **Basis for the claim:**<br>State unemployment taxes | |
| | **Last 4 digits of account number** 2 8 1 4 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( )** | | |

Debtor    Birdie Pak Products, Inc.
_____
Name

Case number (if known) _____

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,113.50 |
|---|---|---|---|

Sentry Seasoning, Inc.

☐ Contingent
☑ Unliquidated
☐ Disputed

P.O. Box 1413

Park Ridge, IL 60608

Basis for the claim:    Ingredients

Date or dates debt was incurred    2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 7,766.80 |
|---|---|---|---|

Skyline Sales

☐ Contingent
☑ Unliquidated
☐ Disputed

150 Houston Street

Batavia, IL 60510

Basis for the claim:    Packaging Product

Date or dates debt was incurred    2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,209.24 |
|---|---|---|---|

Maloney Cunningham & Devic, Inc.

☐ Contingent
☑ Unliquidated
☐ Disputed

1114 W. Fulton Street

Chicago, IL 60607

Basis for the claim:    Product

Date or dates debt was incurred    2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,610.00 |
|---|---|---|---|

Cool It Refrigeration

☐ Contingent
☑ Unliquidated
☐ Disputed

13061 W. 184th Street

Mokena, IL 60448

Basis for the claim:    Freezer Maintenance

Date or dates debt was incurred    2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,844.96 |
|---|---|---|---|

Fox De Luxe

☐ Contingent
☐ Unliquidated
☐ Disputed

370 n. Morgan Street

Chicago, IL 60607

Basis for the claim:    Product

Date or dates debt was incurred    2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,295.54 |
|---|---|---|---|

Zep Sales & Service

☐ Contingent
☑ Unliquidated
☐ Disputed

139 Exchange Boulevard

Glendale Heights, IL 60139

Basis for the claim:    Supplies

Date or dates debt was incurred    2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | Birdie Pak Products, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address

Dependable Pest Control

P.O. Box 201

Crete, IL 60417

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Pest control

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 420.00

---

**3.8** Nonpriority creditor's name and mailing address

Microbac Laboratories

250 W. 84th Drive

Merrillville, IN 46410

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Testing services

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 764.00

---

**3.9** Nonpriority creditor's name and mailing address

Sullivan Provisions

3801 S. Sagamon Street

Chicago, IL 60609

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Product

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,161.35

---

**3.10** Nonpriority creditor's name and mailing address

Unifirst Corp

2045 N. 17th Avenue

Melrose Park, IL 60160

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Laundry services

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,276.70

---

**3.11** Nonpriority creditor's name and mailing address

Badger Murphy

652 N. Western Avenue;  PO Box 12440

Chicago, IL 60612-0440

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Product

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,005.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

Debtor    Birdie Pak Products, Inc.
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12  Nonpriority creditor's name and mailing address**

Panos Food Corp.

1465 Industrial Drive

Itasca, IL 60143

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Product

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,846.50

---

**3.13  Nonpriority creditor's name and mailing address**

Peoples Gas

P.O. Box 19100

Green Bay, WI 54307-9100

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Utilities - heating

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.14  Nonpriority creditor's name and mailing address**

Advantage Packaging

12301 New Avenue, Suite A

Lemont, IL 60439

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Product

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,244.15

---

**3.15  Nonpriority creditor's name and mailing address**

El Greg Inc.

6024 N. Keystone Avenue

Chicago, IL 60646

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Product

Is the claim subject to offset?
☑ No
☐ Yes

$ 778.75

---

**3.16  Nonpriority creditor's name and mailing address**

Ramar Supply

8223 S. Harlem Avenue

Burbank, IL 60459

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Product

Is the claim subject to offset?
☑ No
☐ Yes

$ 276.56

---

Debtor    Birdie Pak Products, Inc.
          Name                                                    Case number (if known)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

Henry J's

4460 W. Armitage

Chicago, IL 60639

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
  disputed

Basis for the claim: Product

$ 2,212.00

Date or dates debt was incurred      2015

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

LPS Corp.

2308 17th Street

Franklin Park, IL 60131

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 770.30

Date or dates debt was incurred      2015

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

International Meat

7107 W. Grand Avenue

Chicago, IL 60707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Product

$ 11,865.00

Date or dates debt was incurred      2015

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Guarino Meats

3626 S. Halsted

Chicago, IL 60609

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Product

$ 2,526.00

Date or dates debt was incurred      2015

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Dolphin Products, Inc.

4770 Biscayne Blvd., Suite 580

Miami, FL  33137-3202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Product

$ 204.00

Date or dates debt was incurred      2015

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Birdie Pak Products, Inc.    Case number (if known) _____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.22** Nonpriority creditor's name and mailing address

Republic Services

2608 S. Damen Avenue

Chicago, IL 60608

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Disposal Services

Date or dates debt was incurred    2015
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 775.85

---

**3.23** Nonpriority creditor's name and mailing address

Comcast

P.O. Box 3002

Southeastern, PA 19398-3002

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Phone/Internet Services

Date or dates debt was incurred    2015
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 253.31

---

**3.24** Nonpriority creditor's name and mailing address

Best Bargains

P.O. Box 873

New Munster, WI 53152

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Product

Date or dates debt was incurred    2015
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,931.05

---

**3.25** Nonpriority creditor's name and mailing address

Mid American Energy

P.O. Box 8020

Davenport, IA 52808-8020

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Utilities - Electric

Date or dates debt was incurred    2015
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,997.61

---

**3.26** Nonpriority creditor's name and mailing address

AT&T Mobility

P.O. Box 1809

Paramus, NJ 07653-1809

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Telephone services

Date or dates debt was incurred    2015
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 404.33

---

Debtor    Birdie Pak Products, Inc.
          _____   Case number (if known)_____
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.27** Nonpriority creditor's name and mailing address
Able Men Associates

921 Chaucer Way

Buffalo Grove, IL 60089

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Product

$  188,210.00

Date or dates debt was incurred   2014-2015

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
Bus & Truck of Chicago

7447 S. Central Avenue, Suite B

Chicago, IL 60638

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Services

$  1,488.77

Date or dates debt was incurred   2015

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
Thomasine Krueger

201 E. Chestnut

Chicago, IL 60622

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Building lease/landlord

$  Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$  _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.__** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$  _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Internal Revenue Service<br>Cincinnati, OH 45999-0039 | Line 2.1<br>☐ Not listed. Explain _____ | 2 8 1 4 |
| 4.2. | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | IL Department of Revenue - BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Line ___<br>☐ Not listed. Explain _____ | |
| 4.4. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | | Line ___<br>☐ Not listed. Explain _____ | |
| 4.5. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line ___<br>☐ Not listed. Explain _____ | |
| 4.7. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ___<br>☐ Not listed. Explain _____ | |
| 4.9. | | Line ___<br>☐ Not listed. Explain _____ | |
| 4.10. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   Birdie Pak Products, Inc.                                           Case number (if known)_____
         _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 120,839.75 |
| 5b. Total claims from Part 2 | 5b.  + | $ 249,251.27 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 370,091.02 |

**Fill in this information to identify the case:**

Debtor name   Birdie Pak Products, Inc.

United States Bankruptcy Court for the: Northern            District of  Illinois
                                                                     (State)

Case number (If known): _____        Chapter  _____

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Building lease - month-to-month | Thomasine Krueger |
| | | $1,650 per month | 201 E. Chestnut, Chicago, IL 60622 |
| | **State the term remaining** | None - written lease expired | |
| | **List the contract number of any government contract** | (month-to-month basis) | |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Fill in this information to identify the case:

Debtor name __Birdie Pak Products, Inc.__

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Kevin Krueger | 6330 Knollwood Ct. <br> Street <br><br> Lisle     IL     60532 <br> City     State     ZIP Code | IRS, IDR, IDES | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | Thomasine Krueger | 201 E. Chestnut <br> Street <br><br> Chicago     IL     60622 <br> City     State     ZIP Code | IRS, IDR, IDES | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case and this filing:

Debtor Name   Birdie Pak Products, Inc.

United States Bankruptcy Court for the:   Northern          District of   Illinois
                                                                          (State)

Case number (If known):   _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/31/2015          X _____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                   Kevin Krueger
                                   Printed name

                                   Secretary-Treasurer
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Birdie Pak Products, Inc.___

United States Bankruptcy Court for the: ___Northern___    District of ___Illinois___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and<br>exclusions) |
| --- | --- | --- | --- |
| From the beginning of the<br>fiscal year to filing date: | From 01/01/2015 to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ (59,623.96) |
| For prior year: | From 01/01/2014 to 12/31/2014<br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ 13,456.80 |
| For the year before that: | From 01/01/2013 to 12/31/2013<br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ (76,454.99) |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each<br>source<br>(before deductions and<br>exclusions) |
| --- | --- | --- | --- |
| From the beginning of the<br>fiscal year to filing date: | From _____ to Filing date<br>MM/DD/YYYY | _____ | $_____ |
| For prior year: | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | _____ | $_____ |
| For the year before that: | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | _____ | $_____ |

---

Debtor  Birdie Pak Products, Inc.                                    Case number (if known)_____
        _____
        Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | | ☐ Secured debt |
| | Creditor's name | _____ | $_____ | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City    State    ZIP Code | | | ☐ Other _____ |
| 3.2. | | _____ | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City    State    ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Thomasine Krueger | 2015 | $ 1,650 monthly | monthly building lease payments |
| | Insider's name | | | |
| | 201 E. Chestnut | _____ | | |
| | Street | | | |
| | Chicago    IL    60622 | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | landlord | | | |
| 4.2. | | _____ | $_____ | |
| | Insider's name | | | |
| | Street | _____ | | |
| | | _____ | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

Debtor    Birdie Pak Products, Inc. _____     Case number (if known)_____
          Name

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|

   5.1.
   _____     _____     _____   $_____
   Creditor's name
   _____     _____
   Street
   _____     _____
   _____     State     ZIP Code
   City

   5.2.
   _____     _____     _____   $_____
   Creditor's name
   _____     _____
   Street
   _____     _____
   _____     State     ZIP Code
   City

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

   _____     _____     _____   $_____
   Creditor's name
   _____     _____
   Street
   _____
   _____     State     ZIP Code   Last 4 digits of account number: XXXX– __ __ __ __
   City

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None

   | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

   7.1.
   _____     _____     Court or agency's name and address     ☐ Pending
   Case title                                       _____                    ☐ On appeal
                                                    Name                                   ☐ Concluded
   Case number                                     _____
                                                    Street
   _____                             _____
                                                    City     State     ZIP Code

   7.2.
   _____                             Court or agency's name and address     ☐ Pending
   Case title                                       _____                    ☐ On appeal
                                                    Name                                   ☐ Concluded
   Case number                                     _____
                                                    Street
   _____                             _____
                                                    City     State     ZIP Code

Debtor      Birdie Pak Products, Inc. _____          Case number (if known) _____
            Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| _____ | **Case title** | **Court name and address** |
| Street | _____ | _____ |
| _____ | | Name |
| City          State      ZIP Code | **Case number** | _____ |
| | _____ | Street |
| | | _____ |
| | **Date of order or assignment** | City          State      ZIP Code |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| _____ | _____ | | |
| Street | | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| 9.2. Recipient's name | _____ | _____ | $_____ |
| _____ | _____ | | |
| Street | | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |
| _____ | | | |

---

Debtor    Birdie Pak Products, Inc._____    Case number (if known)_____
          Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Carlson Dash LLC | Received from Debtor for within bankruptcy, including court filing fees | 12/5/2015 | $ 5,000 |
| | **Address** | | | |
| | 216 S. Jefferson Street | | | |
| | Street | | | |
| | Suite 504 | | | |
| | Chicago        IL        60661 | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | www.carlsondash.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Debtor    Birdie Pak Products, Inc._____    Case number (if known)_____
           Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** _____ | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** _____ | | | |
| | | | | |
| | **Who received transfer?** | _____ | _____ | $_____ |
| 13.2. | _____ | _____ | | |
| | **Address** _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| 14.2. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |

Debtor    Birdie Pak Products, Inc. _____    Case number (if known)_____
_____
Name

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
Facility name _____    _____    _____

Street _____    **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.    **How are records kept?**

_____    *Check all that apply:*

City        State        ZIP Code    _____    ☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
Facility name _____    _____    _____

Street _____    **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.    **How are records kept?**

_____    *Check all that apply:*

City        State        ZIP Code    _____    ☐ Electronically
☐ Paper

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

Name of plan    Employer identification number of the plan

SRA _____    EIN:  _3_ _6_ – _1_ _2_ _4_ _2_ _8_ _1_ _4_

Has the plan been terminated?

☑ No

☐ Yes

---

Debtor  Birdie Pak Products, Inc.
_____    Case number (if known)_____
        Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    Birdie Pak Products, Inc.    _____    Case number (if known)_____
                    Name

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

▨ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▨ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▨ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Birdie Pak Products, Inc.
_____    Case number (if known)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City         State    ZIP Code | City         State    ZIP Code | | |

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | Dates business existed |
| | Street | | |
| | City         State    ZIP Code | | From _____   To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | Dates business existed |
| | Street | | |
| | City         State    ZIP Code | | From _____   To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | Dates business existed |
| | Street | | |
| | City         State    ZIP Code | | From _____   To _____ |

---

Debtor ___Birdie Pak Products, Inc._____   Case number (*if known*)_____
       Name

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**

26a.1.   Murphy and Associates
         Name
         808 N. Lake Street
         Street

         Aurora                    IL          60506
         City                      State       ZIP Code

**Dates of service**

From _1990_   To _present_

**Name and address**

26a.2.
         Name

         Street

         City                      State       ZIP Code

**Dates of service**

From _____   To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26b.1.
         Name

         Street

         City                      State       ZIP Code

**Dates of service**

From _____   To _____

**Name and address**

25b.2.
         Name

         Street

         City                      State       ZIP Code

**Dates of service**

From _____   To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

26c.1.   Kevin Krueger, Secretary-Treasurer
         Name

         Street

         City                      State       ZIP Code

**If any books of account and records are unavailable, explain why**

Debtor      Birdie Pak Products, Inc.
_____          Case number (if known)_____
            Name

| Name and address | | | If any books of account and records are unavailable, explain why |
| --- | --- | --- | --- |

26c.2.     Murphy and Associates
           _____          _____
           Name                                        _____
           808 N. Lake Street
           _____          _____
           Street

           _____
           Aurora                    IL        60506
           City                      State     ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

26d.1.     _____
           Name

           _____
           Street

           _____

           _____
           City                      State     ZIP Code

Name and address

26d.2.     _____
           Name

           _____
           Street

           _____

           _____
           City                      State     ZIP Code

27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.     _____
          Name

          _____
          Street

          _____

          _____
          City                      State     ZIP Code

Debtor    Birdie Pak Products, Inc. _____    Case number (*if known*)_____
_____
Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.  _____
Name

_____
Street

_____

_____
City                                State      ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomasine Krueger | 201 E. Chestnut, Chicago, IL 60622 | President | 75% |
| Kevin Krueger | 6330 Knollwood Ct., Lisle, IL 60532 | Secretary-Treasurer | 25% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____<br>Name | _____ | _____ | _____ |
| _____<br>Street | | _____ | |
| _____ | | | |
| _____<br>City          State      ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |

Debtor    Birdie Pak Products, Inc.                                  Case number (if known)_____
         Name

**Name and address of recipient**

30.2

Name _____

Street _____

City                    State        ZIP Code

Relationship to debtor

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

Name of the parent corporation                          Employer identification number of the parent
                                                        corporation

_____              EIN: __ __ – __ __ __ __ __ __ __

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No

☑ Yes. Identify below.

Name of the pension fund                                Employer identification number of the pension fund
SRA                                                     EIN: 3 6 – 1 2 4 2 8 1 4

| Part 14: | Signature and Declaration |

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/31/2015
            MM / DD /YYYY

✗ _____         Printed name  Kevin Krueger
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Secretary-Treasurer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

# United States Bankruptcy Court
## Northern District of Illinois

In re   Birdie Pak Products, Inc.                                          Case No.

_____                        Chapter   **7**
                    Debtor(s)


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   33   _____


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   December 31, 2015   _____        /s/ Kevin Krueger   _____

                                                    Kevin Krueger, Secretary-Treasurer
                                                    Signer/Title

Birdie Pak - creditor matrix

Internal Revenue Service
230 S. Dearborn Street
RM 2650  M/S 5115 CHI
Chicago, IL 60604

Internal Revenue Service
Cincinnati, OH 45999-0039

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114-0326

Illinois Department of Revenue
P.O. Box 19052
Springfield, IL 62794-9052

ILLINOIS DEPT OF REVENUE
BANKRUPTCY SECTION
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Department of Employment Security
P.O. Box 19300
Springfield, IL 62794-9300

Thomasine Krueger
201 E. Chestnut
Chicago, IL 60622

Sentry Seasoning Inc.
P.O. Box 1413
Park Ridge, IL60068

Skyline Sales
Attn:  Tom Stephano
150 Houston Street
Batavia, IL 60510

Maloney, Cunningham & Devic Inc.
1114 W. Fulton Street
Chicago, IL 60607

Cool It Refrigeration
Attn:  Rich Olczyk
13061 W. 184th Street
Mokena, IL 60448

Fox De Luxe
370 N. Morgan Street
Chicago, IL 60607

Zep Sales & Service
139 Exchange Boulevard
Glendale Heights, IL 60139

Dependable Pest Control
P. O. Box 201
Crete IL, 60417

Microbac Laboratories
250 West 84th Drive
Merrillville, IN 46410

Birdie Pak - creditor matrix

Sullivan Provisions
Attn:  Ray Sullivan
3801 S. Sagamon Street
Chicago, IL 60609

Unifirst Corp.
2045 N. 17th Ave.
Melrose Park, IL 60160

Badger Murphy
652 N. Western Avenue
P.O. Box 12440
Chicago, IL 60612-0440

Panos Foods
1465 Industrial Drive
Itasca, IL 60143

Peoples Gas
P.O. Box 19100
Green Bay, WI 54307-9100

Advantage Packaging
12301 New Avenue
Suite A
Lemont, IL 60439

El Greg Inc.
6024 N. Keystone Ave.
Chicago, IL 60646

Ramar Supply
8223 S. Harlem Ave.
Burbank, IL 60459

Henry J's
4460 W. Armitage
Chicago, IL 60639

LPS Corp
2308 17th Street
Franklin Park, IL  60131

International Meat
7107 W. Grand Avenue
Chicago, IL 60707

Guarino Meats
3626 S. Halsted
Chicago, IL 60609

Dolphin Products, Inc.
4770 Biscayne Blvd.
Suite 580
Miami, FL 33137-3202

Republic Services
2608 South Damen
Chicago, IL  60608

Best Bargains
P.O. Box 873
New Munster, WI   53152

Birdie Pak - creditor matrix

Comcast
P.O. Box 3002
Southeastern, PA  19398-3002

MidAmerican Energy
PO Box 8020
Davenport, IA    52808-8020

AT&T Mobility
PO Box 1809
Paramus, NJ  07653-1809

AT&T
C/O BANKRUPTCY DEPARTMENT
1801 VALLEY VIEW LANE
FARMERS BRANCH, TX 75234

Able Men Associates
921 Chaucer Way
Buffalo Grove, IL 60089

Bus and Truck of Chicago
7447 S. Central Ave
Suite B
Chicago, IL 60638

# United States Bankruptcy Court
## Northern District of Illinois

In re   Birdie Pak Products, Inc. _____   Case No. _____
                                    Debtor(s)            Chapter    **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _ Birdie Pak Products, Inc. _ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 31, 2015 _____   /s/  Kurt M. Carlson _____
Date                                         Kurt M. Carlson, #6236568
                                    **Signature of Attorney or Litigant**
                                    Counsel for   Birdie Pak Products, Inc._____
                                    Carlson Dash, LLC
                                    216 S. Jefferson Street, Suite 504
                                    Chicago, IL 60661
                                    (312) 382-1600   Fax:  (312) 382-1619
                                    kcarlson@carlsondash.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern _____  District Of  Illinois _____

**In re**

Birdie Pak Products, Inc.                                    Case No. _____

**Debtor**                                                  Chapter  7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5,000.00 (including Court filing fees)

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 5,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $____0.00*____

2.  The source of the compensation paid to me was:       *plus a reasonable hourly rate as needed and necessary.

    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
         file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
         hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/31/2015
_____
Date

/s/ KURT M. CARLSON
_____
    Signature of Attorney

Carlson Dash, LLC
_____
    Name of law firm