# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BIRDIE PAK PRODUCTS, INC. | § | Case No. 15-43810 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/31/2015 . The undersigned trustee was appointed on 12/31/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of  $  35,105.50

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4,777.26 |
| Bank service fees | 211.98 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 30,116.26 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/10/2016 and the deadline for filing governmental claims was 06/28/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,260.55. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,260.55, for a total compensation of $ 4,260.55 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 83.35, for total expenses of $ 83.35 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/08/2017      By: /s/BARRY A. CHATZ
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-43810 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
| Case Name: | BIRDIE PAK PRODUCTS, INC. | | | | Date Filed (f) or Converted (c): | 12/31/2015 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2016 |
| For Period Ending: | 02/08/2017 | | | | Claims Bar Date: | 05/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account - First Midwest Bank | 1,800.00 | 1,800.00 | | 212.00 | FA |
| 2. Accounts Receivable | 4,437.90 | 0.00 | | 1,413.50 | FA |
| 3. Inventory from business previously operated | 8,000.00 | 0.00 | | 0.00 | FA |
| 4. Office furniture, fixtures and equipment | 16,500.00 | 0.00 | | 30,830.00 | FA |
| 5. Intangibles and intellectual property | 0.00 | 0.00 | | 0.00 | FA |
| 6. Automobiles, Trucks and Vehicles (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 7. Refund of post petition rent paid by debtor (u) | 0.00 | 1,650.00 | | 1,650.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $30,737.90   $4,450.00        $35,105.50        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report submitted for approval 1/12/17.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | First Midwest Bank |
| RE PROP # | 2 | -- | Face amount = $13,597.00 (minus uncollectible accounts of $3,611.00) = $9,986.00 net amount |
| RE PROP # | 3 | -- | Raw materials = $4,000<br>Finished goods = $2,500<br>Other inventory, supplies = $1,500 |
| RE PROP # | 4 | -- | Miscellaneous office furniture = $500<br>Miscellaneous fixtures = $500<br>Miscellaneous equipment = $500<br>Meat processing equipment = $15,000 |
| RE PROP # | 5 | -- | Trademark - Birdie Pak Logo<br>Internet domain - www.birdiepak.com |
| RE PROP # | 6 | -- | 2001 Mitsubishi FE649 Fusco (over 285,000 miles) |

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-43810 | Trustee Name: BARRY A. CHATZ |
| Case Name: BIRDIE PAK PRODUCTS, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0797 |
| | Checking |
| Taxpayer ID No: XX-XXX2814 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/08/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/16 | 1 | BIRDIE PAK PRODUCTS, INC. 3925 W. 31ST STREET CHICAGO, IL 60623-4934 | LIQUIDATION OF BANK ACCOUNT | 1129-000 | $212.00 | | $212.00 |
| 02/04/16 | 7 | TOM KRUEGER 201 E. CHESTNUT STREET APT. 22B CHICAGO, IL 60611-7386 | RENT PAYMENTS | 1229-000 | $1,650.00 | | $1,862.00 |
| 02/29/16 | 6 | TOM KRUEGER 201 E. CHESTNUET STREET APT. 22B CHICAGO, IL 60611-7386 | LIQUIDATION OF OTHER ASSET | 1229-000 | $1,000.00 | | $2,862.00 |
| 03/10/16 | 2 | CHRIST PANOS FOODS CORPORATION 1465 INDUSTRIAL DRIVE ITASCA, IL 60143 | ACCOUNT RECEIVABLE | 1121-000 | $1,413.50 | | $4,275.50 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,260.50 |
| 03/30/16 | 4 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | LIQUIDATION OF OTHER ASSET | 1129-000 | $30,830.00 | | $35,090.50 |
| 04/21/16 | 400001 | AMERICAN AUCTION ASSOCIATES, INC. AMERICAN AUCTION ASSOCIATES, INC. | ADMIN CLAIM PURSUANT TO 4/20/16 COURT ORDER EXPENSES OF AUCTIONEER PAID PURSUANT TO COURT ORDER ENTERED 4/20/16 | 3620-000 | | $4,777.26 | $30,313.24 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $30,298.24 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.96 | $30,249.28 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.89 | $30,204.39 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.38 | $30,161.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:    $35,105.50    $4,944.49

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-43810 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | BIRDIE PAK PRODUCTS, INC. | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX0797 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2814 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/08/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.75 | $30,116.26 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $35,105.50 | $4,989.24 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $35,105.50 | $4,989.24 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,105.50 | $4,989.24 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0797 - Checking | $35,105.50 | $4,989.24 | $30,116.26 |
|  | $35,105.50 | $4,989.24 | $30,116.26 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $35,105.50 |
| Total Gross Receipts: | $35,105.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-43810  
Debtor Name: BIRDIE PAK PRODUCTS, INC.  
Claims Bar Date: 5/10/2016  
Date: February 8, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3620 | American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL 60455 | Administrative | Pursuant to Court order | $0.00 | $4,777.26 | $4,777.26 |
| 100 2100 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $4,260.55 | $4,260.55 |
| 100 2200 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $83.35 | $83.35 |
| 100 3210 | FRANKGECKER LLP 325 North LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $9,039.50 | $9,039.50 |
| 100 3220 | FRANKGECKER LLP 325 North LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $29.81 | $29.81 |
| 100 3410 | Popowcer Katten, Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Administrative | | $0.00 | $2,346.00 | $2,346.00 |
| 1 280 5800 | Illinois Department Of Employment Security Bankruptcy Unit Collection Subdivision 33 South State Street 10Th Floor Chicago Il 60603 | Priority | | $0.00 | $3,067.89 | $3,067.89 |
| 2A 280 5800 | Illinois Dept Of Revenue Bankruptcy Section Po Box 64338 Chicago Il 60664-0338 | Priority | | $0.00 | $8,536.75 | $8,536.75 |
| 4A 280 5800 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $43,102.29 | $43,102.29 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-43810  
Debtor Name: BIRDIE PAK PRODUCTS, INC.  
Claims Bar Date: 5/10/2016  

Date: February 8, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2B 300 7100 | ILLINOIS DEPT. OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | Unsecured | | $0.00 | $1,005.46 | $1,005.46 |
| 3 300 7100 | Able Men Associates, Inc. C/O Tailwind Services Llc 542 S. Dearborn Street Suite 1400 Chicago, Illinois 60605 Attn: Gregg Szilagyi | Unsecured | | $0.00 | $191,886.10 | $191,886.10 |
| 4B 300 7100 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | Unsecured | | $0.00 | $34,824.75 | $34,824.75 |
| 5 300 7100 | Skyline Sales 150 Houston Street Batavia, Il 60510 | Unsecured | | $0.00 | $7,766.80 | $7,766.80 |
| 6 300 7100 | Badger Murphy Pob 12440 Chicago, Il 60612 | Unsecured | | $0.00 | $1,005.00 | $1,005.00 |
| 7 300 7100 | Dolphin Products, Inc. 4770 Biscayne Blvd. Suite 580 Miami, Fl 33137-3202 | Unsecured | | $0.00 | $204.00 | $204.00 |
| 8 300 7100 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $24,691.14 | $24,691.14 |
| 9 300 7100 | El Greg Inc. 6024 N. Keystone Ave. Chicago, Il 60646 | Unsecured | | $0.00 | $728.75 | $728.75 |
| 10 300 7100 | Cool It Refrigeration Attn: Rich Olczyk 13061 W. 184Th Street Mokena, Il 60448 | Unsecured | | $0.00 | $3,610.00 | $3,610.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-43810      Date: February 8, 2017
Debtor Name: BIRDIE PAK PRODUCTS, INC.
Claims Bar Date: 5/10/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 | Guarino Meats | Unsecured | | $0.00 | $2,526.00 | $2,526.00 |
| 300 | 3626 S. Halsted | | | | | |
| 7100 | Chicago, Il 60609 | | | | | |
| 12 | International Meat | Unsecured | | $0.00 | $11,865.00 | $11,865.00 |
| 300 | 7107 W. Grand Avenue | | | | | |
| 7100 | Chicago, Il 60707 | | | | | |
| | Case Totals | | | $0.00 | $355,356.40 | $355,356.40 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-43810
Case Name: BIRDIE PAK PRODUCTS, INC.
Trustee Name: BARRY A. CHATZ

| | | |
|---|---|---|
| Balance on hand | $ | 30,116.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 4,260.55 | $ 0.00 | $ 4,260.55 |
| Trustee Expenses: BARRY A. CHATZ | $ 83.35 | $ 0.00 | $ 83.35 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 9,039.50 | $ 0.00 | $ 9,039.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 29.81 | $ 0.00 | $ 29.81 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 2,346.00 | $ 0.00 | $ 2,346.00 |
| Auctioneer Expenses: American Auction Associates, Inc. | $ 4,777.26 | $ 4,777.26 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 15,759.21 |
| Remaining Balance | $ | 14,357.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 54,706.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department Of Employment Security | $ 3,067.89 | $ 0.00 | $ 805.12 |
| 2A | Illinois Dept Of Revenue | $ 8,536.75 | $ 0.00 | $ 2,240.35 |
| 4A | DEPARTMENT OF THE TREASURY | $ 43,102.29 | $ 0.00 | $ 11,311.58 |

Total to be paid to priority creditors   $   14,357.05

Remaining Balance   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 280,113.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2B | ILLINOIS DEPT. OF REVENUE | $ 1,005.46 | $ 0.00 | $ 0.00 |
| 3 | Able Men Associates, Inc. | $ 191,886.10 | $ 0.00 | $ 0.00 |
| 4B | DEPARTMENT OF THE TREASURY | $ 34,824.75 | $ 0.00 | $ 0.00 |
| 5 | Skyline Sales | $ 7,766.80 | $ 0.00 | $ 0.00 |
| 6 | Badger Murphy | $ 1,005.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Dolphin Products, Inc. | $ 204.00 | $ 0.00 | $ 0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | $ 24,691.14 | $ 0.00 | $ 0.00 |
| 9 | El Greg Inc. | $ 728.75 | $ 0.00 | $ 0.00 |
| 10 | Cool It Refrigeration | $ 3,610.00 | $ 0.00 | $ 0.00 |
| 11 | Guarino Meats | $ 2,526.00 | $ 0.00 | $ 0.00 |
| 12 | International Meat | $ 11,865.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $       0.00

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE