## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| BIRDIE PAK PRODUCTS, INC., | Case No. 15-43810 |
| Debtor. | Honorable Timothy A. Barnes |

### CERTIFICATE OF SERVICE BY MAIL

    I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all claimants and other parties in interest of Birdie Pak Products, Inc., which are listed on the attached Service List by depositing same in the U.S. Mail, first class postage prepaid, on February _9_, 2017.

                                      /s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL  60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

Label Matrix for local noticing
0752-1
Case 15-43810
Northern District of Illinois
Chicago
Thu Feb  9 09:56:30 CST 2017

AT&T
Bankruptcy Department
PO Box 769
Arlington TX 76004-0769

AT&T
C/O BANKRUPTCY DEPARTMENT
1801 VALLEY VIEW LANE
FARMERS BRANCH, TX 75234-8906

AT&T Mobility
POB 1809
Paramus, NJ 07653-1809

AT&T Wireless Services Inc
Bankruptcy Department
PO Box 309
Portland OR 97207-0309

Able Men Associates
921 Chaucer Way
Buffalo Grove, IL 60089-1111

Able Men Associates, Inc.
c/o Tailwind Services LLC
542 S. Dearborn Street Suite 1400
Chicago, Illinois 60605-1564
Attn: Gregg Szilagyi

Advantage Packaging
12301 New Avenue
Suite A
Lemont, IL 60439-3670

Jeffrey E Altshul
Carlson Dash LLC
216 S. Jefferson St.
Suite 504
Chicago, IL 60661-5698

Badger Murphy
652 N. Western Avenue
P.O. BOX 12440
Chicago, IL 60612-0440

Badger Murphy
POB 12440
Chicago, IL 60612-0440

Best Bargains
P.O. BOX 873
New Munster, WI 53152-0873

Birdie Pak Products, Inc.
3925 W. 31st Street
Chicago, IL 60623-4934

Bus and Truck of Chicago
7447 S. central Ave
Suite B
Chicago, IL 60638-6515

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Kurt M. Carlson
Carlson Dash LLC
216 S. Jefferson Street
Suite 504
Chicago, IL 60661-5698

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Cool It Refrigeration
Attn: Rich Olczyk
13061 W. 184th Street
Mokena, IL 60448-9558

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Dependable Pest Control
P. O. Box 201
Crete IL 60417-0201

Dolphin Products, Inc.
4770 Biscayne Blvd.
Suite 580
Miami, FL 33137-3225

El Greg Inc.
6024 N. Keystone Ave.
Chicago, IL 60646-5210

Fifth Third Bank
1850 East Paris SE
Grand Rapids MI 49546-6210

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Fox De Luxe
370 N. Morgan Street
Chicago, IL 60607-1321

Guarino Meats
3626 S. Halsted
Chicago, IL 60609-1675

(p)HARRIS NA
3800 GOLF RD SUITE 300
ROLLING MEADOWS IL 60008-4037

Henry J's
4460 W. Armitage
Chicago, IL 60639-3574

ILLINOIS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64338
CHICAGO IL 60664-0338

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Illinois Department of Employment Security
Bankruptcy Unit Collection Subdivision
33 South State Street 10th Floor
Chicago IL 60603-2804

Illinois Department of Employment Security
P.O. Box 19300
Springfield, IL 62794-9300

Illinois Department of Revenue
P.O. BOX 19052
Springfield, IL 62794-9052

International Meat
7107 W. Grand Avenue
Chicago, IL 60707-2898

Micah R Krohn
FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

LPS Corp
2308 17th Street
Franklin Park, IL 60131-3407

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Maloney, Cunningham & Devic Inc.
1114 W. Fulton Street
Chicago, IL 60607

Microbac Laboratories
250 West 84th Drive
Merrillville, IN 46410-6244

MidAmerican Energy
PO Box 8020
Davenport, IA 52808-8020

Panos Foods
1465 Industrial Drive
Itasca, IL 60143-1849

Peoples Gas
P.O. BOX 19100
Green Bay, WI 54307-9100

Peoples Gas Light & Coke Company
200 E Randolph Dr
Chicago IL 60601-6433

Ramar Supply
8223 S. Harlem Ave.
Burbank, IL 60459-3616

Republic Services
2608 South Damen
Chicago, IL 60608-5209

Sentry Seasoning Inc.
P.O. Box 1413
Park Ridge, IL 60068-7413

Skyline Sales
150 Houston Street
Batavia, IL 60510-1995

Sullivan Provisions
Attn: Ray Sullivan
3801 S. Sagamon Street
Chicago, IL 60609-1432

Thomasine Krueger
201 E. Chestnut
Chicago, IL 60611-2358

Unifirst Corp.
2045 N. 17th Ave.
Melrose Park, IL 60160-1347

Zep Sales & Service
139 Exchange Boulevard
Glendale Heights, IL 60139-2095

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company
POB 62180
Colorado Springs CO 80962-2180

Harris NA
Attention Bankruptcy Department
3800 West Golf Road Suite 300
Rolling Meadows IL 60008-4037

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114-0326