# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BIRDIE PAK PRODUCTS, INC. | § | Case No. 15-43810 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 8,000.00                                      Assets Exempt: NA
*(Without deducting any secured claims)*


Total Distributions to Claimants:  14,357.05            Claims Discharged
                                                                                 Without Payment:  NA


Total Expenses of Administration: 20,748.45

3) Total gross receipts of $ 35,105.50  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 35,105.50  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,748.45 | 20,748.45 | 20,748.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 54,706.93 | 54,706.93 | 14,357.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 280,113.00 | 280,113.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 355,568.38 | $ 355,568.38 | $ 35,105.50 |

4)  This case was originally filed under chapter 7 on  12/31/2015 .  The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/10/2017                    By:/s/BARRY A. CHATZ
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 1,413.50 |
| Checking account - First Midwest Bank | 1129-000 | 212.00 |
| Office furniture, fixtures and equipment | 1129-000 | 30,830.00 |
| Automobiles, Trucks and Vehicles | 1229-000 | 1,000.00 |
| Refund of post petition rent paid by debtor | 1229-000 | 1,650.00 |
| TOTAL GROSS RECEIPTS | | $ 35,105.50 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 4,260.55 | 4,260.55 | 4,260.55 |
| BARRY A. CHATZ | 2200-000 | NA | 83.35 | 83.35 | 83.35 |
| Union Bank | 2600-000 | NA | 211.98 | 211.98 | 211.98 |
| FRANKGECKER LLP | 3210-000 | NA | 9,039.50 | 9,039.50 | 9,039.50 |
| FRANKGECKER LLP | 3220-000 | NA | 29.81 | 29.81 | 29.81 |
| Popowcer Katten, Ltd. | 3410-000 | NA | 2,346.00 | 2,346.00 | 2,346.00 |
| American Auction Associates, Inc. | 3620-000 | NA | 4,777.26 | 4,777.26 | 4,777.26 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 20,748.45 | $ 20,748.45 | $ 20,748.45 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 43,102.29 | 43,102.29 | 11,311.58 |
| 1 | Illinois Department Of Employment Security | 5800-000 | NA | 3,067.89 | 3,067.89 | 805.12 |
| 2A | Illinois Dept Of Revenue | 5800-000 | NA | 8,536.75 | 8,536.75 | 2,240.35 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 54,706.93 | $ 54,706.93 | $ 14,357.05 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Able Men Associates, Inc. | 7100-000 | NA | 191,886.10 | 191,886.10 | 0.00 |
| 6 | Badger Murphy | 7100-000 | NA | 1,005.00 | 1,005.00 | 0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 24,691.14 | 24,691.14 | 0.00 |
| 10 | Cool It Refrigeration | 7100-000 | NA | 3,610.00 | 3,610.00 | 0.00 |
| 4B | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 34,824.75 | 34,824.75 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Dolphin Products, Inc. | 7100-000 | NA | 204.00 | 204.00 | 0.00 |
| 9 | El Greg Inc. | 7100-000 | NA | 728.75 | 728.75 | 0.00 |
| 11 | Guarino Meats | 7100-000 | NA | 2,526.00 | 2,526.00 | 0.00 |
| 2B | ILLINOIS DEPT. OF REVENUE | 7100-000 | NA | 1,005.46 | 1,005.46 | 0.00 |
| 12 | International Meat | 7100-000 | NA | 11,865.00 | 11,865.00 | 0.00 |
| 5 | Skyline Sales | 7100-000 | NA | 7,766.80 | 7,766.80 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 280,113.00 | $ 280,113.00 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-43810 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | BIRDIE PAK PRODUCTS, INC. | | | | Date Filed (f) or Converted (c): | 12/31/2015 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2016 |
| For Period Ending: | 04/10/2017 | | | | Claims Bar Date: | 05/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checking account - First Midwest Bank | 1,800.00 | 1,800.00 | | 212.00 | FA |
| 2.  Accounts Receivable | 4,437.90 | 0.00 | | 1,413.50 | FA |
| 3.  Inventory from business previously operated | 8,000.00 | 0.00 | | 0.00 | FA |
| 4.  Office furniture, fixtures and equipment | 16,500.00 | 0.00 | | 30,830.00 | FA |
| 5.  Intangibles and intellectual property | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Automobiles, Trucks and Vehicles (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 7.  Refund of post petition rent paid by debtor (u) | 0.00 | 1,650.00 | | 1,650.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $30,737.90 | $4,450.00 | | $35,105.50 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report submitted for approval 1/12/17.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | First Midwest Bank |
| RE PROP # | 2 | -- | Face amount = $13,597.00 (minus uncollectible accounts of $3,611.00) = $9,986.00 net amount |
| RE PROP # | 3 | -- | Raw materials = $4,000<br>Finished goods = $2,500<br>Other inventory, supplies = $1,500 |
| RE PROP # | 4 | -- | Miscellaneous office furniture = $500<br>Miscellaneous fixtures = $500<br>Miscellaneous equipment = $500<br>Meat processing equipment = $15,000 |
| RE PROP # | 5 | -- | Trademark - Birdie Pak Logo<br>Internet domain - www.birdiepak.com |
| RE PROP # | 6 | -- | 2001 Mitsubishi FE649 Fusco (over 285,000 miles) |

Initial Projected Date of Final Report (TFR): 12/31/2017          Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No:  15-43810 | Trustee Name:  BARRY A. CHATZ | |
| Case Name:  BIRDIE PAK PRODUCTS, INC. | Bank Name:  Union Bank | |
| | Account Number/CD#:  XXXXXX0797 | |
| | Checking | |
| Taxpayer ID No:  XX-XXX2814 | Blanket Bond (per case limit):  $5,000,000.00 | |
| For Period Ending:  04/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/16 | 1 | BIRDIE PAK PRODUCTS, INC. 3925 W. 31ST STREET CHICAGO, IL  60623-4934 | LIQUIDATION OF BANK ACCOUNT | 1129-000 | $212.00 | | $212.00 |
| 02/04/16 | 7 | TOM KRUEGER 201 E. CHESTNUT STREET APT. 22B CHICAGO, IL  60611-7386 | RENT PAYMENTS | 1229-000 | $1,650.00 | | $1,862.00 |
| 02/29/16 | 6 | TOM KRUEGER 201 E. CHESTNUET STREET APT. 22B CHICAGO, IL  60611-7386 | LIQUIDATION OF OTHER ASSET | 1229-000 | $1,000.00 | | $2,862.00 |
| 03/10/16 | 2 | CHRIST PANOS FOODS CORPORATION 1465 INDUSTRIAL DRIVE ITASCA, IL  60143 | ACCOUNT RECEIVABLE | 1121-000 | $1,413.50 | | $4,275.50 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $4,260.50 |
| 03/30/16 | 4 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL  60004 | LIQUIDATION OF OTHER ASSET | 1129-000 | $30,830.00 | | $35,090.50 |
| 04/21/16 | 400001 | AMERICAN AUCTION ASSOCIATES, INC. AMERICAN AUCTION ASSOCIATES, INC. | ADMIN CLAIM PURSUANT TO 4/20/16 COURT ORDER EXPENSES OF AUCTIONEER PAID PURSUANT TO COURT ORDER ENTERED 4/20/16 | 3620-000 | | $4,777.26 | $30,313.24 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $30,298.24 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $48.96 | $30,249.28 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $44.89 | $30,204.39 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $43.38 | $30,161.01 |

Page Subtotals:   $35,105.50   $4,944.49

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-43810
Case Name: BIRDIE PAK PRODUCTS, INC.

Trustee Name: BARRY A. CHATZ
Bank Name: Union Bank
Account Number/CD#: XXXXXX0797
Checking

Taxpayer ID No: XX-XXX2814
For Period Ending: 04/10/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.75 | $30,116.26 |
| 03/07/17 | 400002 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL 60606-0000 | Distribution | | | $4,343.90 | $25,772.36 |
| | | BARRY A. CHATZ | Final distribution representing a ($4,260.55) payment of 100.00 % per court order. | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a ($83.35) payment of 100.00 % per court order. | 2200-000 | | | |
| 03/07/17 | 400003 | FRANKGECKER LLP 325 North LaSalle Street Suite 625 Chicago, IL 60654 | Distribution | | | $9,069.31 | $16,703.05 |
| | | FRANKGECKER LLP | Final distribution representing a ($9,039.50) payment of 100.00 % per court order. | 3210-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a ($29.81) payment of 100.00 % per court order. | 3220-000 | | | |
| 03/07/17 | 400004 | Popowcer Katten, Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,346.00 | $14,357.05 |
| 03/07/17 | 400005 | Illinois Department Of Employment Security Bankruptcy Unit Collection Subdivision 33 South State Street 10Th Floor Chicago Il 60603 | Final distribution to claim 1 representing a payment of 26.24 % per court order. | 5800-000 | | $805.12 | $13,551.93 |
| 03/07/17 | 400006 | Illinois Dept Of Revenue Bankruptcy Section Po Box 64338 Chicago Il 60664-0338 | Final distribution to claim 2 representing a payment of 26.24 % per court order. | 5800-000 | | $2,240.35 | $11,311.58 |

Page Subtotals: $0.00 $18,849.43

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-43810 | Trustee Name: BARRY A. CHATZ | |
| Case Name: BIRDIE PAK PRODUCTS, INC. | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0797 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2814 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | 400007 | DEPARTMENT OF THE TREASURY<br><br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | Final distribution to claim 4 representing a payment of 26.24 % per court order. | 5800-000 | | $11,311.58 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $35,105.50 | $35,105.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $35,105.50 | $35,105.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,105.50 | $35,105.50 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $11,311.58 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0797 - Checking | $35,105.50 | $35,105.50 | $0.00 |
| | $35,105.50 | $35,105.50 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $35,105.50 |
| Total Gross Receipts: | $35,105.50 |

Page Subtotals:                              $0.00              $0.00